**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00693-CV
_____

**DEVONIA T. GEORGE SLATER, Appellant**

**V.**

**CHRISTOPHER LANE SLATER, Appellee**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2012-66462**

## O R D E R

The notice of appeal in this case was filed July 23, 2013. The clerk's record was filed September 13, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 28, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM